# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dawn T. Bowen, :
          Petitioner :
           :
        v. : No. 1103 C.D. 2022
           :
Unemployment Compensation :
Board of Review, :
          Respondent :

**PER CURIAM**

# **O R D E R**

AND NOW, this 4th day of March, 2024, it is ordered that the above-captioned opinion filed on January 9, 2024, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.